IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWESTERN CORPORATION, | Case No. 03-12872 (JLP) |
| Reorganized Debtor. | |

NOTICE OF APPEAL OF THE ORDER
WITH RESPECT TO FINAL FEE APPLICATION OF HOULIHAN
LOKEY HOWARD & ZUKIN FINANCIAL ADVISORS, INC. (Dkt. Nos. 3046 and 3047)

Houlihan Lokey Howard & Zukin Financial Advisors, Inc. ("Houlihan Lokey"), through its undersigned attorneys, hereby appeals, pursuant to 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8001(a), the Order With Respect to Final Fee Application of Houlihan, Lokey, Howard & Zukin (Docket No. 3047) (a copy of the "Order", attached hereto as Exhibit A), entered by this Court on May 5, 2005.

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

**The Debtor:**
William M. Austin, Esq.
North Western Corporation
125 South Dakota Avenue, Suite 11
Sioux Falls, SD  57104-6403
Tel: (605) 978-2908

**Counsel to the Debtors:**
Jesse H. Austin, Esq.
Karol Denniston, Esq.
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Road, N.E.
Atlanta, GA  30308
Tel: (404) 815-2400

Victoria Watson Counihan, Esq.
William E. Chipman, Jr., Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE  19801
Tel:  (302) 661-7000

**Counsel to the Official Committee of Unsecured Creditors:**
Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 429-4224

Alan Kornberg, Esq.
Talia Gill, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas, 29th Floor
New York, NY 10019-6028
Tel: (212) 373-3000

**The United States Trustee:**
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801
Tel: (302) 573-6491

**Fee Auditor:**
Warren H. Smith
Warren H. Smith & Assocs, P.C.
325 N. St. Paul, Suite 1275
Dallas, TX 75201
Tel: (214) 698-3868

Dated: Wilmington, Delaware
       May 12, 2005

THE BAYARD FIRM

By: /s/ Charlene D. Davis
Neil B. Glassman, Esq. (No. 2087)
Charlene Davis, Esq. (No. 2336)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000

         -and-

Richard A. Chesley, Esq. (I.D. No. 06240877)
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Tel: (312) 269-1525

Kevyn D. Orr, Esq. (I.D. No. 443074)
JONES DAY
51 Louisiana Ave., NW, Suite 435
Washington, DC 20001
Tel: (202) 879-5560

*Attorneys for Houlihan Lokey Howard & Zukin Financial Advisors, Inc.*

587596v1
WAI-2164342v1