UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket No. 2632** |
| | ) | |

ORDER WITH RESPECT TO FINAL FEE APPLICATION
OF HOULIHAN, LOKEY, HOWARD & ZUKIN

For the reasons set forth in the Court's Memorandum Opinion of this date, it is hereby

**ORDERED**, that the Final Fee Application of Houlihan, Lokey, Howard & Zukin ("Houlihan") is approved, as amended by this Order, and Houlihan is allowed final compensation in the amount of $3,249,440.40, which represents $1,137,500.00 for professional services rendered, $2,018,750.00 for a Transaction Fee, and $93,190.40 for reimbursement of actual, necessary expenses incurred; and it is further

**ORDERED**, that the Debtor is authorized and directed to make payment to Houlihan for such allowed compensation and expenses, to the extent not already paid as of the date hereof.

Dated: May 5, 2005

Honorable John L. Peterson
United States Bankruptcy Judge