**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **03-12872**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2545
Case Type: Appeal **- AP#-05-34**

**Order, Date Entered and Issues**
Order with Respect to Final Fee Application of Houlihan, Lokey, Howard & Zukin Signed on 05/05/2005. (related document(s)2632, 3046 )

| | |
|---|---|
| **Debtor:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street |
| | Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |

| | |
|---|---|
| **Appellant(s):** | Houlihan Lokey Howard & Zukin Financial Advisors, Inc. |
| **Counsel:** | **Charlene D. Davis** |
| | The Bayard Firm |
| | 222 Delaware Avenue, Suite 900 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 655-5000** |

| | |
|---|---|
| **Appellee(s):** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street |
| | Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |