IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : Case No. 03-12872 (JLP) |
| Reorganized Debtor. | : |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED ON THE APPEAL OF THE ORDER WITH RESPECT TO FINAL FEE APPLICATION OF HOULIHAN LOKEY HOWARD & ZUKIN FINANCIAL ADVISORS, INC. (Dkt. Nos. 3046 and 3047)**

Houlihan Lokey Howard & Zukin Financial Advisors, Inc. ("Houlihan Lokey"), through its undersigned attorneys, pursuant to Fed. R. Bankr. P. 8006, hereby files this Designation of Items to be Included in the Record on Appeal and Statement of the Issues to be Presented on Appeal for the above-referenced appeal of the Order With Respect to Final Fee Application of Houlihan, Lokey, Howard & Zukin (Docket No. 3047) issued by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 5, 2005.

On December 8, 2003, the Bankruptcy Court entered an Order Authorizing the Employment and Retention of Houlihan Lokey Howard & Zukin Financial Advisors, Inc. as Financial Advisors for the Official Committee of Unsecured Creditors (the "Retention Order") effective October 1, 2003. The Retention Order, *inter alia*, authorized the payment of a flat monthly fee of $175,000.000, plus reimbursement of reasonable out-of-pocket expenses to Houlihan Lokey. During the pendency of the bankruptcy cases, Houlihan Lokey provided continuous financial advisory services to the Official Committee of Unsecured Creditors ("Creditors' Committee"), was involved in all stages of

588548v1
WAI-2165979v2

the bankruptcies of the debtor and debtor-in-possession (the "Debtor"), and, thereby, contributed to the successful outcome of the Debtor's restructuring and the recovery by creditors. On January 21, 2005, Houlihan Lokey filed its Amended Twelfth and Final Fee Application and filed its Supplement to the Amended Twelfth and Final Fee Application on March 7, 2005 (collectively, the "Final Fee Application"). On May 2005, the Bankruptcy Court issued its memorandum opinion and order reducing Houlihan Lokey's flat monthly fee by half, to $1,137,500.00. Houlihan Lokey filed its notice of appeal on May 12, 2005.

## STATEMENT OF ISSUES TO BE PRESENTED

Whether the Bankruptcy Court erred in (1) holding that Houlihan Lokey's request for approval of its Final Fee Application pursuant to the retention order entered in the case did not meet the criteria in 11 U.S.C. § 328(a), and (2) reducing the flat monthly fee approved in the case by half, where no party in interest, including the Creditors' Committee, holders of equity and the United States Trustee, objected to Houlihan Lokey's Final Fee Application?

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Docket No. | Date | Document |
|---|---|---|
| 202 | 10/10/03 | Order Establishing Procedures For Payment Of Interim Compensation And Reimbursement Of Expenses To Professionals |
| 255 | 10/17/03 | Application Of Official Committee Of Unsecured Creditors Of Northwestern Corporation Pursuant To §§ 11 U.S.C. 328(A) and 1103 And Fed. R. Bankr. P. 2014, For Order Authorizing And Approving Retention And Employment Nunc Pro Tunc Of Houlihan Lokey Howard Zukin Financial Advisors, Inc. |
| 409 | 11/18/03 | Certification of Counsel Regarding Application of Official |

| Docket No. | Date | Document |
|---|---|---|
| | | Committee of Unsecured Creditors of Northwestern Corporation Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014 For Order Authorizing And Approving Retention And Employment Nun Pro Tunc of Houlihan Lokey Howard Zukin Financial Advisors, Inc. |
| 503 | 12/8/03 | Order Authorizing the Employment and Retention of Houlihan Lokey Howard Zukin Financial Advisors, Inc. as the Financial Advisor for the Official Committee of Unsecured Creditors |
| 518 | 12/9/03 | First Interim Application |
| 616 | 12/30/03 | Certification of Counsel |
| 720 | 1/20/04 | Second Interim Application |
| 745 | 1/23/04 | Third Interim Application |
| 811 | 2/10/04 | Certificate of No Objection |
| 822 | 2/12/04 | Certificate of No Objection |
| 830 | 2/13/04 | Certification of No Objection |
| 897 | 2/27/04 | Fourth Interim Application |
| 965 | 3/19/04 | Certification of No Objection |
| 1086 | 4/12/04 | Fifth Interim Application |
| 1106 | 4/14/04 | Second Quarterly Fee Application For Services Rendered And Reimbursement Of Expenses For The Period From December 1, 2003 Through February 29, 2004 |
| 1208 | 5/4/04 | Certification of No Objection |
| 1215 | 5/5/04 | Certification of No Objection |
| 1284 | 5/13/05 | Memorandum Opinion and Signed Order |
| 1347 | 5/24/04 | Sixth Interim Application |
| 1472 | 6/14/04 | Fee Auditor's Final Report Regarding Fee Application Of Houlihan Lokey Howard & Zukin For The First Interim Period |
| 1479 | 6/15/04 | Certification of No Objection |
| 1618 | 7/8/04 | Eighth[1] Interim Application |
| 1668 | 7/14/04 | Third Quarterly Fee Application For Services Rendered And Reimbursement Of Expenses For The Period From March 1, 2004 Through May 31, 2004 |

---

[1] Please note that this application should have been titled as the Seventh versus the Eight Interim Application to retain the correct sequence.

| Docket No. | Date | Document |
|---|---|---|
| 1770 | 7/29/04 | Certification of No Objection |
| 1797 | 8/2/04 | Objection to Plan of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital to Debtor's First Amended Plan of Reorganization |
| 1800 | 8/2/04 | Objection of David Fishel to Debtor's First Amended Plan of Reorganization and Joinder of David Fishel to Objection of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital to Debtor's First Amended Plan of Reorganization |
| 1825 | 8/4/04 | Certification of No Objection |
| 2020 | 8/31/04 | Debtor's Second Amended and Restated Plan of Reorganization Under Chapter II of the Bankruptcy Code |
| 2021 | 8/31/04 | Second Amended and Restated Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor |
| 2022 | 8/31/04 | Exhibits to Second Amended and Restated Disclosure Statement |
| 2023 | 8/31/04 | Summary Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code |
| 2042 | 9/3/04 | Ninth Interim Application |
| 2090 | 9/17/04 | Transcript Hearing Held 8/25/04 |
| 2116 | 9/24/04 | Certification of No Objection |
| 2147 | 10/1/04 | Tenth Interim Application |
| 2202 | 10/13/04 | Fourth Quarterly Fee Application For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From June 1, 2004 Through August 31, 2004 |
| 2221 | 10/15/04 | Fee Auditor's Final Report Regarding Fee Application Of Houlihan Lokey Howard & Zukin For The Second Interim Period |
| 2222 | 10/15/04 | Fee Auditor's Final Report Regarding Fee Application Of Houlihan Lokey Howard & Zukin For The Second Interim Period |
| 2234 |  | Transcript Hearing Held 10/6/04 |
| 2238 | 10/19/04 | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |

| Docket No. | Date | Document |
|---|---|---|
| 2243 | 10/19/04 | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2265 | 10/25/04 | Certification of No Objection |
| 2276 | 10/26/04 | Transcript Hearing Held 10/8/04 |
| 2325 | 11/4/04 | Certification of No Objection |
| 2338 | 10/9/04 | Eleventh Interim Application |
| 2443 | 12/3/04 | Certificate of No Objection |
| 2462 | 12/7/04 | Omnibus Order Approving Second Quarterly Interim Fee Applications of Professionals |
| 2519 | 12/29/04 | Notice of the Substantial Consummation of the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2561 | 1/11/05 | Fee Auditor's Final Report Regarding Third, Fourth, Fifth and Final Fee Application Of Houlihan Lokey Howard & Zukin For The Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From September 30, 2003 Through October 31, 204 |
| 2668 | 1/28/05 | Fee Auditor's Amended Final Report Regarding Third, Fourth, Fifth And Final Fee Application of Houlihan Lokey Howard & Zukin For The Allowance and Payment Of Compensation And Reimbursement Of Expenses For The Period From September 30, 2003 Through October 31, 2004 |
| 2811 | 2/15/05 | Transcript Hearing Held 2/10/05 |
| 2896 | 3/7/05 | Supplement to the Amended Twelfth and Final Application of Houlihan Lokey Howard & Zukin Financial Advisors, Inc. for Allowance of Compensation and Reimbursement of Expenses |
| 2975 | 4/11/05 | Transcript Hearing Held 4/5/05 |
| 3046 | | Memorandum Opinion With Respect to Final Fee Application of Houlihan Lokey Howard & Zukin Financial Advisors, Inc. |
| 3047 | | Order with Respect to final fee application of Houlihan Lokey Howard & Zukin Financial Advisors, Inc. |
| 3067 | 5/10/05 | Notice Of Appeal of The Order With Respect To Final Fee Application Of Houlihan Lokey Howard & Zukin Financial Advisors, Inc. |

## RESERVATION OF RIGHTS

Houlihan Lokey reserves its right in the United States District Court for the District of Delaware to object to or move to strike or otherwise modify some or all of any counter-designation of items to be included in the record on appeal or counter-statement of issues to be

presented that might be submitted.

Dated: Wilmington, Delaware
       May 23, 2005

THE BAYARD FIRM

By: _____
Neil B. Glassman, Esq. (No. 2087)
Charlene Davis, Esq. (No. 2336)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000

-and-

Richard A. Chesley, Esq. (I.D. No. 06240877)
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Tel: (312) 269-1525

Kevyn D. Orr, Esq. (I.D. No. 443074)
JONES DAY
51 Louisiana Ave., NW, Suite 435
Washington, DC 20001
Tel: (202) 879-5560

*Attorneys for Houlihan Lokey Howard & Zukin Financial Advisors, Inc.*

588548v1
WAI-2165979v2