IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 3
**AMENDED**

IN RE: NorthWestern Corporation

| | |
|---|---|
| Houlihan Lokey Howard & Zukin Financial Advisors, Inc. ) ) ) | |
| Appellant ) | Civil Action No.  05- 396 |
| v. ) ) | |
| NorthWestern Corporation ) ) | |
| Appellee ) | Bankruptcy Case No. 03-12872 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 5/5/05 was docketed in the District Court on 6/15/05:

> The Final Application of Houlihan, Lokey, Howard & Zukin is approved for such allowed compensation and expenses, to the extent not already paid as of the date hereof.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   5/16/05

To:   U.S. Bankruptcy Court
        Counsel