# Exhibit "B"

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| HOULIHAN, LOKEY, HOWARD & ZUKIN CAPITAL, INC., : | |
| : | |
| Appellant, : | CIVIL ACTION NO.: 05-396-JJF |
| : | |
| v. : | |
| : | |
| NORTHWESTERN CORP., : | |
| : | |
| Appellee. : | |

### SPECIAL MASTER/MEDIATOR ORDER NO. 1[1]

On June 29, 2005, United States District Judge Joseph J. Farnan, Jr. appointed the undersigned as Special Master/Mediator (SMM) in respect to the Appeal in the above-captioned matter. Counsel for the above-named Appellant advised the SMM that it was his belief on behalf of his client that mediation did not appear to be the best course to follow in respect to the order appeal from. The SMM suggested that counsel provide to the SMM a description of his position by letter which he did on July 8, 2005. Counsel for the Appellant advises that it is his belief that the question on the appeal is strictly a question of law as to whether or not the correct law was applied to the facts before the bankruptcy judge when he made his ruling that Appellant has appealed from. The Appellant in his letter also advises that there is, and will be no appellee. He points out that while a Debtor has been nominally designated as the Appellee, the Debtor did not object to Appellant's fees and further, Debtor has authorized counsel for the Appellant to state that it does not intend to file a reply brief in this matter.

---

[1] Every Order issued in this matter by the Special Master/Mediator will be consecutively numbered.

The SMM has advised counsel for the Appellant that it has no authority to set aside or not respond to the Order of the Court appointing the SMM in this matter and to enter upon the appropriate duties normally associated with adversarial positions by parties before the court.

For the foregoing reasons, the SMM suggests that within 15 days it file with the court a motion seeking to vacate or modify the court's order of June 29, 2005 appointing the SMM to expedite the administration of the appeal in accordance with the Court's Standing Order, dated July 23, 2004 regarding procedures governing mediation of appeals from the United States Bankruptcy Court.

SO ORDERED:

_____
Louis C. Bechtle

Dated: July 13, 2005