# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NORTHWESTERN CORP., | ) | Case No. 03-12872 (JLP) |
| Debtor. | ) | |
| HOULIHAN LOKEY, HOWARD & ZUKIN CAPITAL, INC., | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 05-396-JJF |
| NORTHWESTERN CORP., | ) | |
| Appellee. | ) | |

**ORDER GRANTING MOTION OF HOULIHAN LOKEY TO
TERMINATE MEDIATION AND PROCEED WITH APPELLATE BRIEFING**

This matter came before the Court upon the motion of Houlihan, Lokey, Howard & Zukin Financial Advisors, Inc. ("Houlihan Lokey"), dated July 19, 2005, (the "Motion") for entry of an order terminating mandatory mediation and authorizing Houlihan Lokey to proceed with the filing of its timely appellate brief; the Court having reviewed the Motion and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 158(a) and 1334; notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; IT IS HEREBY ORDERED THAT:

595163v1

1. The Motion is GRANTED, and that the June 29, 2005, Order referring the matter to mediation is VACATED and Houlihan Lokey is AUTHORIZED to file its appellate brief within thirty (15) days of the date of this Order.

2. This Court retains jurisdiction to enter all further orders that it deems necessary, appropriate and just.

Dated: _____ _____, 2005
Wilmington, Delaware

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge