IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORP., | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| HOULIHAN, LOKEY, HOWARD & ZUKIN CAPITAL, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 05-396-JJF |
| v. | ) | |
| | ) | |
| NORTHWESTERN CORP., | ) | |
| | ) | |
| Appellee. | ) | |

**NOTICE OF ERRATA REGARDING THE MOTION OF
HOULIHAN, LOKEY, HOWARD & ZUKIN FINANCIAL
ADVISORS, INC. TO VACATE AND/OR MODIFY THE COURT'S
JUNE 29, 2005, ORDER REFERRING THIS MATTER TO MEDIATION**

PLEASE TAKE NOTICE that on July 20, 2005, Houlihan, Lokey, Howard & Zukin Financial Advisors, Inc. ("Houlihan Lokey"),[1] filed the Motion of Houlihan, Lokey, Howard & Zukin Financial Advisors, Inc. to Vacate and/or Modify the Court's June 29, 2005, Order Referring This Matter to Mediation (the "Motion") with a proposed order (the "Proposed Order") attached as Exhibit C to the Motion.

PLEASE TAKE FURTHER NOTICE that the Proposed Order contained an error, as further described herein.

---

[1] Although the caption of this matter identifies Houlihan, Lokey, Lokey, Howard & Zukin Capital, Inc. as the appellant, Houlihan, Lokey, Howard & Zukin Financial Advisors, Inc. is the appellant of record.

595197v1

PLEASE TAKE FURTHER NOTICE that paragraph 1 of the Proposed Order incorrectly states that "Houlihan Lokey is AUTHORIZED to file its appellate brief within thirty (15) days of the date of this Order."

PLEASE TAKE FURTHER NOTICE that a corrected Proposed Order which states that "[t]he Motion is GRANTED, and that the June 29, 2005, Order referring the matter to mediation is VACATED and Houlihan Lokey is AUTHORIZED to file its appellate brief within fifteen (15) days of the date of this Order" is attached hereto as Exhibit A.

Dated: Wilmington, Delaware
       July 21, 2005

THE BAYARD FIRM

By: /s/ Eric M. Sutty
Neil B. Glassman, Esq. (No. 2087)
Charlene Davis, Esq. (No. 2336)
Eric M. Sutty, Esq. (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000

-and-

Richard A. Chesley, Esq. (I.D. No. 06240877)
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Tel: (312) 269-1525

Kevyn D. Orr, Esq. (I.D. No. 443074)
JONES DAY
51 Louisiana Ave., NW, Suite 435
Washington, DC 20001
Tel: (202) 879-5560

*Attorneys for Houlihan Lokey Lokey Howard & Zukin Financial Advisors, Inc.*

## CERTIFICATE OF SERVICE

      I, Eric M. Sutty, Esquire, hereby certify that on this 21st day of July 2005, I caused a true and correct copy of the **Notice of Errata Regarding The Motion of Houlihan Lokey, Howard & Zukin Financial Advisors, Inc. to Vacate and/or Modify the Court's June 29, 2005, Order Referring this Matter to Mediation** to be served upon the parties listed below via hand delivery to local parties and via First Class U.S. Mail upon the remaining parties.

| | |
|---|---|
| Victoria Watson Counihan, Esq.<br>William E. Chipman, Jr., Esq.<br>Greenberg Traurig, LLP<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801 | Mark Kenney, Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Wilmington, DE 19801 |
| Jesse H. Austin, Esq.<br>Karol Denniston, Esq.<br>Paul, Hastings, Janofsky & Walker, LLP<br>600 Peachtree Road, N.E.<br>Atlanta, GA 30308 | William M. Austin, Esq.<br>North Western Corporation<br>125 South Dakota Avenue, Suite 11<br>Sioux Falls, SD 57104-6403 |
| Alan Kornberg, Esq.<br>Talia Gill, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas, 29th Floor<br>New York, NY 10019-6028 | Warren H. Smith<br>Warren H. Smith & Assocs, P.C.<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201 |

                                                                                                       Eric M. Sutty (No. 4007)

595290v1