IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORP., ) | Case No. 03-12872 (JLP) |
| ) | |
| Debtor. ) | |
| ) | |
| HOULIHAN, LOKEY, HOWARD ) | |
| & ZUKIN CAPITAL, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 05-396-JJF |
| v. ) | |
| ) | |
| NORTHWESTERN CORP., ) | |
| ) | |
| Appellee. ) | |

**APPELLANT'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL WITH RESPECT TO FINAL FEE APPLICATION OF <u>HOULIHAN LOKEY HOWARD & ZUKIN FINANCIAL ADVISORS, INC.</u>**

Houlihan Lokey Howard & Zukin Financial Advisors, Inc. ("Houlihan Lokey"), through its undersigned attorneys, hereby files this Designation of Additional Items to be Included in the Record on Appeal for the above-referenced appeal of the Order With Respect to Final Fee Application of Houlihan, Lokey, Howard & Zukin (Docket No. 3047) issued by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 5, 2005.

**DESIGNATION OF ADDITIONAL ITEMS
<u>TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

| Docket No. | Date | Document |
|---|---|---|
| 296 | 10/31/2003 | United States Trustee's Limited Objection to Application of Official Committee of Unsecured Creditors for an Order |

600249v1

| Docket No. | Date | Document |
|---|---|---|
|  |  | Authorizing and Approving the Retention and Employment of Houlihan Lokey Howard & Zukin Financial Advisors, Inc. |
| 519 | 12/10/2003 | Affidavit/Declaration of Service Regarding Orders Authorizing Retention of Miller, Balis & O'Neil and Houlihan Lokey Howard & Zukin |
| 1706 | 07/19/2004 | Order Approving Stipulation and Settlement Agreement Among Debtor, Montana Public Service Commission and Montana Consumer Counsel. |
| 2286 | 10/28/2004 | Order Reassigning Case to the Honorable John L. Peterson. |
| 2398 | 11/24/2004 | Application for Compensation /Twelfth and Final Application of Houlihan Lokey Howard & Zukin Financial Advisors for Allowance of Compensation and Reimbursement of Expenses for the Period Covering October 1, 2004 Through October 31, 2004 |
| 2632 | 01/21/2005 | Amended Twelfth and Final Application of Houlihan Lokey Howard & Zukin Financial Advisors for Allowance of Compensation and Reimbursement of Expenses for the Period Covering October 1, 2004 Through October 31, 2004 |
| 2633 | 01/24/2005 | Supplement to the Amended Twelfth and Final Application of Houlihan Lokey Howard & Zukin Financial Advisors for Allowance of Compensation and Reimbursement of Expenses for the Period Covering October 1, 2004 Through October 31, 2004 |

Dated: Wilmington, Delaware
September 6, 2005

THE BAYARD FIRM

By: /s/ Charlene D. Davis
Neil B. Glassman, Esq. (No. 2087)
Charlene Davis, Esq. (No. 2336)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000

-and-

Richard A. Chesley, Esq. (I.D. No. 06240877)
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Tel: (312) 269-1525

Kevyn D. Orr, Esq. (I.D. No. 443074)
JONES DAY
51 Louisiana Ave., NW, Suite 435
Washington, DC 20001
Tel: (202) 879-5560

*Attorneys for Houlihan Lokey Howard & Zukin Financial Advisors, Inc.*

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, Esquire, hereby certify that on this 6th day of September 2005, I caused a true and correct copy of the **Appellant's Designation of Additional Items to be Included in the Record of Appeal with Respect to Final Fee Application of Houlihan Lokey Howard & Zukin Financial Advisors, Inc.** to be served upon the parties listed below via hand delivery to local parties and via First Class U.S. Mail upon the remaining parties.

| | |
|---|---|
| Victoria Watson Counihan, Esq.<br>William E. Chipman, Jr., Esq.<br>Greenberg Traurig, LLP<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801 | Mark Kenney, Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Wilmington, DE 19801 |
| Jesse H. Austin, Esq.<br>Karol Denniston, Esq.<br>Paul, Hastings, Janofsky & Walker, LLP<br>600 Peachtree Road, N.E.<br>Atlanta, GA 30308 | William M. Austin, Esq.<br>North Western Corporation<br>125 South Dakota Avenue, Suite 11<br>Sioux Falls, SD 57104-6403 |
| Alan Kornberg, Esq.<br>Talia Gill, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas, 29th Floor<br>New York, NY 10019-6028 | Warren H. Smith<br>Warren H. Smith & Assocs, P.C.<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201 |

/s/ Eric M. Sutty
Eric M. Sutty (No. 4007)

600304v1