IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWESTERN CORPORATION, | Bankruptcy Case No. 03-12872 (JLP) |
| Reorganized Debtor. | |
| HOULIHAN, LOKEY, HOWARD & ZUKIN CAPITAL, INC., | |
| Appellant, | CA 05-396-JJF |
| v. | |
| NORTHWESTERN CORPORATION, | |
| Appellee. | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE WITHDRAW the appearance of Victoria W. Counihan and William E. Chipman, Jr. and the firm of Greenberg Traurig, LLP as counsel for Appellee NorthWestern Corporation.

PLEASE ENTER the appearance of David L. Finger and the firm of Finger & Slanina, LLC as counsel for Appellee NorthWestern Corporation.

GREENBERG TRAURIG, LLP

*/s/ Victoria W. Counihan*
Victoria W. Counihan (No. 3488)
William E. Chipman (No. 3818)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19899
(302) 661-7000
(302) 661-7360 (Fax)

Dated: September 21, 2005

FINGER & SLANINA, LLC

*/s/ David L. Finger*
David L. Finger (DE Bar ID #2556)
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

Dated: September 21, 2005