IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>            Reorganized Debtor. | Chapter 11<br><br>Bankruptcy Case No. 03-12872 (JLP) |
| HOULIHAN, LOKEY, HOWARD & ZUKIN CAPITAL, INC.,<br><br>            Appellant,<br><br>       v.<br><br>NORTHWESTERN CORPORATION,<br><br>            Appellee. | CA 05-396-JJF |

**AFFIDAVIT OF SERVICE**

    I, Carolyn B. Fox, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, attorneys for the Appellee in the above captioned action, and that on the 20th day of September, 2005, caused copies of the *Answering Brief Of Appellee, Northwest Corporation, To Opening Brief Of Appellant, Houlihan, Lokey, Howard & Zukin Capital, Inc.* to be served upon the attached service list via Hand Delivery on Local Counsel and First Class, United States Mail on the remaining parties.

Dated: September 22, 2005

                                                                 Carolyn B. Fox

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid

Notary Public
My Commission Expires:

ELIZABETH C. THOMAS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 22, 2006

Neil B. Glassman
Charlene Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801

Richard A. Chesley
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Kevyn D. Orr
Kevin C. Maclay
Jones Day
51 Louisiana Avenue
Washington, D.C. 20001

Mark Kenney
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19801

Alan Kornberg
Talia Gil
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas, 29th Floor
New York, New York 10019-6028

Warren H. Smith
Warren H. Smith & Associates, P.C.
325 N. St. Paul, Suite 1275
Dallas, TX 75201