# Exhibit B

**Paul**Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E. • Twenty-Fourth Floor • Atlanta, GA 30308
telephone 404 815 2400 • facsimile 404 815 2424 • www.paulhastings.com

RECEIVED
AUG 0 2 2005
CHARLENE D. DAVIS

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(404) 815-2347
karolkdenniston@paulhastings.com

July 26, 2005

38910.00006

The Honorable Louis C. Bechtle
Conrad, O'Brien, Gellman, & Rohn, PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Re:   *NorthWestern Corp. v. Houlihan, Lokey, Howard & Zukin Capital Inc.*, Civil Action No. 05-00396 and *NorthWestern Corp. v. Lazard Freres & Co., LLC*, Civil Action No. 05-00395 (collectively, the "Appeals")

Dear Judge Bechtle:

We have received your letters dated July 20, 2005 regarding your appointment as mediator in connection with the above referenced appeals currently pending before the United States District Court for the District of Delaware. NorthWestern Corporation ("NorthWestern") has accepted the lower court's rulings in connection with these matters and does not expect to be an active participant in the Appeals.

Please contact me with any questions.

Best regards,

Karol K. Denniston

Karol K. Denniston
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc:   Anthony W. Clark, Esq. (counsel for Lazard)
      Charles D. Davis, Esq. (counsel for Houlihan Lokey)
      Thomas J. Knapp, Esq.
      Jesse H. Austin, III, Esq.

ATL/1123295.1