# Exhibit C

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

September 2, 2005

**VIA OVERNIGHT COURIER**

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 4124
Lockbox 27
Wilmington, Delaware 19801

Re:   *In re: NorthWestern Corporation*, Chapter 11 Bankruptcy Case No. 03-12872 (JLP), in the United States Bankruptcy Court for the District of Delaware; and *Houlihan, Lokey, Howard & Zukin Capital, Inc., Appellant v. NorthWestern Corp., Appellee*, Civil Action No. 05-396-JJF, in the United States District Court for the District of Delaware

Dear Judge Farnan:

We represent the appellant Houlihan Lokey Howard & Zukin Financial Advisors, Inc. ("Houlihan Lokey") in the referenced appeal. Enclosed is a courtesy copy of Houlihan Lokey's Initial Brief which was filed today. We are providing your office with this brief to facilitate the review of the Bankruptcy Court's ruling as there is no appellee and counsel for NorthWestern Corporation, the party designated by the Clerk's office as the nominal appellee, has stated that the company does not intend to file a reply brief or otherwise participate in this appeal.

Your attention to and consideration of this matter is appreciated.

Sincerely,

Kevyn D. Orr

Enclosure

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
September 2, 2005
Page 2


cc:     Richard A. Chesley, Esq.
        Neil B. Glassman, Esq.
        Charlene Davis, Esq.
        William E. Chipman, Jr., Esq.