## CERTIFICATE OF SERVICE

    I, Eric M. Sutty, Esquire, hereby certify that on this 30th day of September 2005, I caused a true and correct copy of the **Reply Brief of Appellant** to be served upon the parties listed below via hand delivery to local parties and via First Class U.S. Mail upon the remaining parties.

| | |
|---|---|
| David L. Finger, Esquire<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155 | Mark Kenney, Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Wilmington, DE 19801 |
| Jesse H. Austin, Esq.<br>Karol Denniston, Esq.<br>Paul, Hastings, Janofsky & Walker, LLP<br>600 Peachtree Road, N.E.<br>Atlanta, GA 30308 | William M. Austin, Esq.<br>North Western Corporation<br>125 South Dakota Avenue, Suite 11<br>Sioux Falls, SD 57104-6403 |
| Alan Kornberg, Esq.<br>Talia Gill, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas, 29th Floor<br>New York, NY 10019-6028 | Warren H. Smith<br>Warren H. Smith & Assocs, P.C.<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201 |

                                                                                                            Eric M. Sutty (No. 4007)