IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Bankruptcy Case No. 03-12872 |
| Debtor. | : |
| | : |
| HOULIHAN, LOKEY, HOWARD & ZUKIN CAPITAL, INC., | : |
| | : |
| Appellant, | : |
| | : Civil Action No. 05-396 JJF |
| v. | : |
| | : |
| NORTHWESTERN CORPORATION, | : |
| | : |
| Appellee. | : |

**FINAL ORDER**

At Wilmington, this 8th day of November 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. The May 5, 2005 Order of the United States Bankruptcy Court for the District of Delaware (Bankr. Case No. 03-12872, D.I. 3047) is **REVERSED** with respect to its award for professional services rendered and **AFFIRMED** with respect to its award of a transaction fee and reimbursement of actual, necessary expenses;

2. The final fee application of Houlihan, Lokey, Howard & Zukin ("Houlihan") is approved and Houlihan is allowed final compensation in the amount of $4,386,940.40, which represents

$2,275,000.00 for professional services rendered, $2,018,750.00 for a transaction fee, and $93,190.40 for reimbursement of actual, necessary expenses;

  3. NorthWestern Corporation is authorized and directed to make payment to Houlihan for such allowed compensation and expenses to the extent not already paid as of the date of this Order.

              _____
               UNITED STATES DISTRICT JUDGE